UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC S. KIRSCHNER, solely in his capacity as Trustee of THE MILLENIUM LENDER CLAIM TRUST,

                Plaintiff,

- against -

JPMORGAN CHASE BANK, N.A.; JPMORGAN SECURITIES LLC; CITIBANK GLOBAL MARKETS INC.; CITIBANK, N.A.; BMO CAPITAL MARKETS CORP.; BANK OF MONTREAL; SUNTRUST ROBINSON HUMPHREY, INC.; and SUNTRUST BANK,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 1, 2019

**ORDER**

17 Civ. 6334 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Counsel for all parties are directed to appear before the Court for a pretrial conference in accordance with Rule 16 of the Federal Rules of Civil Procedure on **Thursday, April 4, 2019 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      The Court directs the parties to consult its Individual Practices and model Case Management Plan and Scheduling Order – both of which are available on the Court's web site – **and submit a jointly proposed Case Management Plan.**

Dated: New York, New York
       March 1, 2019

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge