# WOLLMUTH MAHER & DEUTSCH LLP
## 500 FIFTH AVENUE
## NEW YORK, NEW YORK 10110

_____

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

January 6, 2020

*VIA ECF*

The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 702
New York, NY 10007

Re: *Kirschner v. J.P. Morgan Chase Bank, N.A.*, Case No. 17-Civ.-06334 (PGG) (SLC)

Dear Magistrate Judge Cave:

We represent Plaintiff in the above matter, which is scheduled for a telephone conference before Your Honor on Thursday, January 9, 2020 at 11 a.m. *See* ECF 90. I make this Letter-Motion for a 1-day adjournment to any time after 10:30 a.m. on Friday, January 10, 2020. Alternatively, counsel for all parties are available on Monday, January 13, 2020 from either 9:00-10 a.m. or 11:30 a.m.-2:00 p.m.

Pursuant to Your Honor's Individual Practice I.E, I represent that the purpose of the request is that I am scheduled to appear in U.S. Bankruptcy Court in Trenton, New Jersey at 11:30 a.m. on January 9th to argue motions in an unrelated matter. I further represent that no party has made a prior request for an adjournment of the upcoming telephonic conference, the adjournment will not affect any other scheduled dates in this matter, and that there is no objection from counsel to any party to the requested adjournment. I regret not giving the Court the full 72-hour notice of this request, but I just learned this morning of a change in the time of the New Jersey hearing that brought it into direct conflict with the presently-scheduled telephone conference before Your Honor.

The telephone conference currently scheduled for January 9, 2020 is ADJOURNED to **Friday, January 10, 2020 at 3:30 pm.** The parties are directed to jointly call Chambers at that time.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 93.

SO ORDERED                          1/7/2020

Respectfully submitted,

*/s/ Lyndon M. Tretter*

Lyndon M. Tretter

SARAH L. CAVE
United States Magistrate Judge