UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC S. KIRSCHNER solely in his capacity as TRUSTEE of THE MILLENNIUM LENDER CLAIM TRUST,

                Plaintiff,

- against -

JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CITIBANK, N.A., BMO CAPITAL MARKETS CORP., BANK OF MONTREAL, SUNTRUST ROBINSON HUMPHREY, INC., and SUNTRUST BANK,

                Defendants.

No. 17-cv-06334 (PGG) (SLC)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Lyndon M. Tretter, executed on April 8, 2020, Plaintiff Marc S. Kirschner, solely in his capacity as Trustee of the Millennium Lender Claim Trust ("Plaintiff"), by and through his undersigned attorneys, will move this Court, at the Courthouse located at 40 Foley Square, New York, New York, at a date and time to be determined by this Court, for an order pursuant to Federal Rule of Civil of Procedure ("FRCP") 15(a)(2) for leave to amend the complaint.

PLEASE TAKE FURTHER NOTICE that Plaintiff is amenable to a return date convenient for the Court and is willing to discuss with Defendants a briefing schedule acceptable to the parties in place of the 14-day period for opposition papers, and 7-day period for reply papers, that would otherwise apply under FRCP 6(c) and Rule 6.1(b) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York.

Dated: April 8, 2020
New York, New York

**WOLLMUTH MAHER & DEUTSCH LLP**

By: _____

David H. Wollmuth
Lyndon M. Tretter
Jeffrey Coviello
Niraj J. Parekh

500 Fifth Avenue
New York, New York 10110
Tel:  (212) 382-3300
Fax:  (212) 382-0050
dwollmuth@wmd-law.com
ltretter@wmd-law.com
jcoviello@wmd-law.com
nparekh@wmd-law.com

*Attorneys for Plaintiff Marc S. Kirschner, solely in his capacity as Trustee of the Millennium Lender Claim Trust*