UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC S. KIRSCHNER,

                Plaintiff,

against

J.P. MORGAN CHASE BANK, N.A. et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 6334 (PGG) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's motion at ECF No. 131 and Defendants' motion at ECF No. 138 to seal portions of the Proposed Amended Complaint ("PAC") and an associated exhibit are GRANTED. The parties shall coordinate as necessary to file the redacted PAC on the docket.

The requests at ECF No. 131 and ECF No. 142 for Oral Argument on the Motion for Leave to file the PAC are GRANTED. Oral argument will be heard on **Friday, September 25, 2020 at 11:00 am** in Courtroom 18A, 500 Pearl Street, New York, New York. If the parties would prefer that oral arguments take place by telephone or videoconference, they must jointly email Cave_NYSDChambers@nysd.uscourts.com, **one week** before the scheduled argument.

The Clerk of Court is respectfully directed to close the Letter Motion at ECF No. 110 as moot, and to close the Motions at ECF Nos. 131, 138, and 142.

Dated:     New York, New York
            August 13, 2020              SO ORDERED

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**