UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC S. KIRSCHNER,

                    Plaintiff,

   -v-

J.P. MORGAN CHASE BANK, N.A. et al.,

                    Defendants.

CIVIL ACTION NO.: 17 Civ. 6334 (PGG) (SLC)

**AMENDED ORAL ARGUMENT
<u>SCHEDULING ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

      Oral Argument on the Motion for Leave to file the PAC currently scheduled for Friday, September 25, 2020 at 11:00 am is RESCHEDULED to **Thursday, October 8 at 11:00 am** in Courtroom 18A, 500 Pearl Street, New York, New York.  If the parties would prefer that oral arguments take place by telephone or videoconference, they must jointly email Chambers at Cave_NYSDChambers@nysd.uscourts.com, **one week** before the scheduled argument.

      The Clerk of Court is respectfully directed to close the Letter Motion at ECF No. 151.

Dated:      New York, New York
             August 18, 2020

                            SO ORDERED

                            **SARAH L. CAVE**
                            **United States Magistrate Judge**