UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC S. KIRSCHNER,

                Plaintiff,

-v-

J.P. MORGAN CHASE BANK, N.A. et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 6334 (PGG) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 159 to file portions of the documents at ECF No. 156 with redactions is **GRANTED**. The documents filed at ECF No. 156 shall be visible only to the parties in this action. Plaintiff is directed to re-file the slides with the requested redaction.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 159.

Dated:     New York, New York
            October 15, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge