UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC S. KIRSCHNER,

          Plaintiff,

-v-

J.P. MORGAN CHASE BANK, N.A. et al.,

          Defendants.

CIVIL ACTION NO.: 17 Civ. 6334 (PGG) (SLC)

**SEALING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 162 to file portions of the documents at ECF No. 165 with redactions is **GRANTED**. The documents filed at ECF No. 164 shall be visible only to the parties in this action.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 162.

Dated:    New York, New York
           October 19, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge