# WOLLMUTH MAHER & DEUTSCH LLP
## 500 FIFTH AVENUE
## NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

**MEMO ENDORSED**

December 3, 2020

*VIA ECF*

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 705
New York, NY 10007

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: December 4, 2020

Re: *Kirschner v. J.P. Morgan Chase Bank, N.A.*, Case No. 17-Civ.-06334 (PGG) (SLC)

Dear Judge Gardephe:

We represent Plaintiff. This is to request a one-week extension of time – from December 15, 2020 to December 22, 2020 – to serve Plaintiff's objections pursuant to Fed. R. Civ. P. 72 to Magistrate Judge Cave's December 1, 2020 Report and Recommendation to Your Honor to deny Plaintiff's motion to amend the complaint [ECF 169]. We make the request because of the exigencies of working remotely during the pandemic. Defendants do not object and request permission to serve their response on or before January 15, 2021.

There are no other scheduled dates affected and, unless otherwise instructed by Your Honor, the parties will file both sets of papers on ECF on January 15, 2021 in accordance with Your Honor's "bundling" rule.

Respectfully submitted,

*/s/ David H. Wollmuth*

David H. Wollmuth

Cc: All counsel of record via ECF (w/enc.)